TAYLOR et al. v. STATE ex rel. GRANT.

No. 13171—Opinion Filed May 7, 1924.

(Syllabus.)

**Appeal and Error—Defective Brief—Dismissal.**

Where the brief of plaintiff in error does not contain an abstract of the transcript nor an assignment of errors, nor otherwise comply with the rules of this court, the appeal will be dismissed.

Error from District Court, Adair County; J. H. Jarman, Judge.

Action by the State on the relation of G. O. Grant, County Attorney, against J. F. Taylor and others. Judgment for plaintiff, and defendants bring error. Dismissed.

R. D. Howe, for plaintiffs in error.

G. O. Grant and John A. Goodall, for defendant in error.

LYDICK, J. This is an action wherein the state of Oklahoma ex rel. G. O. Grant, county attorney of Adair county, brought suit against J. F. Taylor, as principal, George Welch, J. E. Knowles, and A. Littlefield, as sureties, upon an appearance bond given by J. R. Taylor, as principal, and the above-named sureties, for his appearance in a criminal cause pending against him in said district court. Upon the failure of said principal to appear according to the terms and conditions of his bond, the court declared the same forfeited under the provisions of section 2927, Comp. Stat. 1921, and thereupon the county attorney brought this suit to recover the penalty thereof. The defendants filed their answer, and thereupon the county attorney on behalf of the state filed motion for judgment upon the pleadings, which motion was sustained, and judgment rendered accordingly. The defendants in the court below, as plaintiffs in error here, bring the case here on appeal with case-made attached to their petition in error. The plaintiffs in error have almost completely failed to comply with any part or portion of Rule 26 of this court (87 Okla. xxiii), prescribing the form and necessary elements of a brief. For their failure so to do, the appeal is dismissed, and the cause remanded to the lower court, with instructions to enforce the judgment rendered.

JOHNSON, C.J., and HARRISON, WARREN, and GORDON, JJ., concur.